**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CARLOS PENATE and VICTOR LEMUS,

               Plaintiffs,

v.

PAULO ARMAS, MAYALAND and
MARQUEZ BROTHERS
INTERNATIONAL, INC.,

               Defendants.

CIVIL ACTION FILE

NO. 1:12-cv-1014-SCJ

**J U D G M E N T**

This action having come before the court, Honorable Steve C. Jones, United States District Judge on Plaintiffs' voluntary dismissal of defendants; and the Court having approved Plaintiffs' dismissal of defendants Mayaland and Marquez Brothers International, Inc., construed Plaintiffs' voluntary dismissal as a Motion to Dismiss defendant Paulo Armas and granted said motion to dismiss as unopposed, it is

**Ordered and Adjudged** that this action be and the same hereby is **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia this 21st day of January, 2015.

               JAMES N. HATTEN
               CLERK OF COURT

          By:   s/Amanda Querrard
               Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
  January 21, 2015
James N. Hatten
Clerk of Court

By: s/Amanda Querrard
     Deputy Clerk